**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**KELLY MANN**                                                                      **PLAINTIFF**

**v.**                                                      **CAUSE NO. 1:20CV267-LG-RPM**

**PELICIA HALL, et al.**                                                        **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATIONS
AND GRANTING DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT AND TO STRIKE
PLAINTIFF'S DESIGNATION OF EXPERTS**

**BEFORE THE COURT** is the [87] Report and Recommendation entered by

United States Magistrate Judge Robert P. Myers, Jr., who recommends that the

[77] Motion to Strike Plaintiff's Designation of Experts and the [78] Motion for

Summary Judgment filed by Defendants should be granted.  The Court granted

Plaintiff's request for additional time to object to the Report and Recommendation,

but he did not file an objection and the time for doing so has expired.

Where no party has objected to the Magistrate Judge's report and

recommendation, the Court need not conduct a de novo review of it.  *See* 28 U.S.C. §

636(b)(1) ("A judge of the court shall make a de novo determination of those portions

of the report or specified proposed findings and recommendations to which objection

is made.").  In such cases, the Court need only satisfy itself that there is no clear

error on the face of the record.  *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415,

1420 (5th Cir. 1996).  Having conducted the required review, the Court finds that

Judge Myers' Report and Recommendation is neither clearly erroneous nor contrary

to law.

Defendants' Motion for Summary Judgment and Motion to Strike Plaintiff's

Designation of Experts are granted.  All the claims in Plaintiff's 42 U.S.C. § 1983

complaint are dismissed with prejudice as frivolous or for failure to state a claim.

Therefore, the Court adopts Judge Myers' recommendation that Plaintiff be

assessed a strike.  *See Blakely v. Wards*, 738 F.3d 607, 617 (4th Cir. 2013), *as

amended* (Oct. 22, 2013) ("[I]f a summary judgment dismissal explicitly deems the

terminated action frivolous, malicious, or failing to state a claim, then the summary

judgment dismissal counts as a strike for Section 1915(g) purposes.").

**IT IS THEREFORE ORDERED AND ADJUDGED** that [87] Report and

Recommendation entered by United States Magistrate Judge Robert P. Myers, Jr.,

is **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the [77] Motion to

Strike Plaintiff's Designation of Experts and the [78] Motion for Summary

Judgment filed by Defendants are **GRANTED**.  Plaintiff's lawsuit is **DISMISSED

WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is assessed

a strike.  Since Plaintiff has previously accumulated two strikes, the dismissal of

Plaintiff's above-styled action is his third strike as contemplated by 28 U.S.C. §

1915(g), and he is barred from proceeding in forma pauperis in any future civil

action or appeal unless he is under imminent danger of serious physical injury.

-3-

**SO ORDERED AND ADJUDGED** this the 12th day of September, 2023.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE