IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KELLY MANN**                                                                          **PLAINTIFF**

v.                                                                        CAUSE NO. 1:20CV267-LG-RPM

**PELICIA HALL, et al.**                                                  **DEFENDANTS**

### FINAL JUDGMENT

This matter is before the Court on submission of the [87] Report and Recommendation entered by United States Magistrate Robert P. Myers, Jr., in this cause on July 26, 2023. The Court, having adopted said Report and Recommendation as the findings of this Court by Order entered this date, finds that this matter should be dismissed with prejudice. Accordingly,

**IT IS THEREFORE ORDERED AND ADJUDGED** that [87] Report and Recommendation entered by United States Magistrate Judge Robert P. Myers, Jr., is **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the [77] Motion to Strike Plaintiff's Designation of Experts and the [78] Motion for Summary Judgment filed by Defendants are **GRANTED**. Plaintiff's lawsuit is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is assessed a strike. Since Plaintiff has previously accumulated two strikes, the dismissal of Plaintiff's above-styled action is his third strike as contemplated by 28 U.S.C. §

-2-

1915(g), and he is barred from proceeding in forma pauperis in any future civil action or appeal unless he is under imminent danger of serious physical injury.

**SO ORDERED AND ADJUDGED** this the 12th day of September, 2023.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE